UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ELIAS GARCIA FIGUEROA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No.: 3:26-cv-4502-CAB-MMP

**ORDER GRANTING JOINT MOTION TO DISMISS**

[Doc. No. 6]

The parties have jointly moved to dismiss the pending habeas petition because Petitioner has been released from immigration custody under a bond of $5,000. [Doc. No. 6.] The Court **GRANTS** the joint motion.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: August 25, 2026

Hon. Cathy Ann Bencivengo
United States District Judge